DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HENRY JAMES WRIGHT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-3235

[December 10, 2014]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502007CF004210A.

Henry James Wright, West Palm Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Daniels v. State*, 491 So. 2d 543, 545 (Fla. 1986) (where defendant is given consecutive sentences, the defendant "is not entitled to have his jail time credit pyramided by being given credit *on each sentence* for the full time he spends in jail awaiting disposition").

WARNER, MAY and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***